

**ORDERED in the Southern District of Florida on November 16, 2011.**

A. Jay Cristol, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

PROCEEDINGS UNDER CHAPTER 13

IN RE:         CASE NO.: 09-25412-BKC-AJC

RUBEN MIGUEL ESCAMILLA

SALANGE MARIE ESCAMILLA
         Debtor(s)
_____/

### ORDER SUSTAINING OBJECTION TO CLAIM

THIS CAUSE having come before the Court upon the Trustee's Objection(s) to Claim and Certification of No Response to the Objection(s), and based on the record, it is:

**ORDERED** that Trustee's Objection to Claim Number 33 filed by BANK OF AMERICA, is sustained and the claim is deemed stricken and disallowed except to the amounts already paid by the Trustee.

###